

# ORDER

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

*Robert Nuse*
Assistant United States Attorney

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
robert.nuse@usdoj.gov

main: (973) 645-2700
direct: (973) 645-2880

February 21, 2026

**BY ECF**
Hon. Edward S. Kiel, U.S.D.J.
U.S. District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

>  Re: *Orellana v. Noem, et al.,* No. 26-1466
>  **Confirmation of Petitioner's Release and Request for Partial Reconsideration**

Dear Judge Kiel:

This Office represents Respondents in the above-referenced habeas matter. We respectfully write in response to the Court's February 21, 2026, 12:33 p.m. order requiring Petitioner's immediate release, ECF No. 6. U.S. Immigration and Customs Enforcement ("ICE") released Petitioner at 5:40 p.m. today.

At 12:44 p.m., this Office informed ICE of the Court's Order. At 2:56 p.m., ICE advised this Office that Petitioner declined to sign release paperwork without first conferring with an attorney. At 3:06 p.m., this Office contacted Petitioner's counsel in attempt to coordinate those communications, and Petitioner's counsel then reached out directly to the detention facility at 3:40 p.m. Petitioner eventually spoke with her son, who was in touch with Petitioner's counsel. This Office conferred with ICE and Petitioner's counsel by telephone and email throughout the day to ensure compliance with the Court's Order.

After this Office spent several hours attempting to coordinate communications between the relevant parties, ICE released Petitioner at 5:40 p.m. Petitioner's counsel later confirmed that Petitioner was released with all personal property, including documents, that were in her possession at the time of detention.

We also write to respectfully ask the Court to reconsider its finding that Respondents failed to comply with the Court's February 17, 2026 order, ECF No. 2. As previously reported to the Court, ICE requested a bond hearing for Petitioner that was scheduled for February 19, 2026, within this Court's deadline. ECF No. 5. As

an agency within the Department of Homeland Security, ICE does not schedule or conduct bond hearings. That is the responsibility of the Executive Office of Immigration Review ("EOIR"), an agency within the Department of Justice that encompasses the nation's immigration courts and the Board of Immigration Appeals. *See* EOIR, Immigration Court Practice Manual Ch. 9.1 (citing 8 C.F.R. § 1003.19).[1] ICE has further informed this Office that while ICE was prepared to proceed with the hearing on February 19, Petitioner submitted evidence the morning of the hearing that the presiding immigration judge did not have time to consider.[2] Accordingly, the hearing was withdrawn and Petitioner's counsel made a new bond request the same day, so that the bond hearing could proceed with the benefit of Petitioner's evidence. The hearing was then promptly rescheduled for Monday, February 23, and our Office promptly reported this updated bond-hearing schedule to the Court, ECF No. 5.

Thank you for your continued attention to this matter.

Respectfully submitted,

**The government's request to reconsider the court's finding that it violated the court's order is GRANTED. The Court vacates that portion of its text order of February 21, 2026 (ECF No. 6) finding the government had violated the court's prior order. So Ordered.**

TODD BLANCHE
U.S. Deputy Attorney General

JORDAN FOX
Chief of Staff & Associate Deputy
 Attorney General
Special Attorney

**    */s/ Edward S. Kiel*
Edward S. Kiel, U.S.D.J.
Date: February 23, 2026**

By:   */s/ Robert Nuse*
ROBERT NUSE
Assistant United States Attorney
*Attorneys for Respondents*

cc:   All counsel (via ECF)

---

[1] https://www.justice.gov/eoir/media/1052736/dl?inline= (last visited Feb. 21, 2026).

[2] According to agency records, Petitioner received notice of the February 19 hearing on February 17, 2026.